# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-21392-TAB |
| | § | |
| KRISTINE HOWARD | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 04/30/2013, in Courtroom 613, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  04/08/2013                By:  /s/ David P. Leibowitz
                                              (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 12-21392-TAB
§
KRISTINE HOWARD §
§
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $2,500.00 |
| *and approved disbursements of* | $0.26 |
| *leaving a balance on hand of[1]:* | $2,499.74 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $2,499.74 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $625.00 | $0.00 | $625.00 |
| David P. Leibowitz, Trustee Expenses | $3.92 | $0.00 | $3.92 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $628.92 |
| Remaining balance: | $1,870.82 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $1,870.82 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,870.82 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $18,616.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Barrington Orthopedic | $326.65 | $0.00 | $32.83 |
| 2 | Discover Bank | $3,863.92 | $0.00 | $388.30 |
| 3 | USAA FEDERAL SAVINGS BANK | $6,993.18 | $0.00 | $702.76 |
| 4 | Quantum3 Group LLC as agent for Comenity Bank | $843.46 | $0.00 | $84.76 |
| 5 | American InfoSource LP as agent for /Capital One | $6,174.45 | $0.00 | $620.49 |
| 6 | American InfoSource LP as agent for Equable Ascent Financial, LLC | $414.79 | $0.00 | $41.68 |

|  | Total to be paid to timely general unsecured claims: | $1,870.82 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
      Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-21392-TAB
Kristine Howard                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: froman              Page 1 of 3              Date Rcvd: Apr 09, 2013
                              Form ID: pdf006           Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2013.
```
db           +Kristine Howard,    500 S Buffalo Grove,   Buffalo Grove, IL 60089-3544
18959497      Acl,    Po Box 27901,    West Allis WI 53227-0901
18959498      Advocate Medical Group,    Po Box 92523,    Chicago IL 60675-2523
18959499     +Allied Interstate,    Po Box 1962,    Southgate MI 48195-0962
18959500     +Barrington Orthopedic,    Specialists,    929 W. Higgins Rd,   Schaumburg IL 60195-3203
18959501     +Capitol One Bank,    Po Box 30281,    Salt Lake City UT 84130-0281
18959502     +Charter One Bank,    1 Citizen Dr,    Riverside RI 02915-3019
18959504      Edfinancial Services,    Dept 888055,    Knoxville TN 37995-8055
18959505      Kca Financial Services,    Po Box 53,    Geneva IL 60134-0053
18959506     +Kenneth Howard,    769 Columbine Dr,    Elgin IL 60124-6559
18959508      National Recovery Agency,    Po Box 67015,    Harrisburg PA 17106-7015
18959509      Northwest Community Hospital,    Po Box 13570,    Philadelphia PA 19101
18959510      Northwest Radiology,    2509 S Stoughton Rd,    Madison WI 53716-3314
18959511      Ocwen Loan Servicing, Llc,    Po Box 6440,    Carol Stream IL 60197-6440
18959513     +Robet A Chapski,    1815 Grandstand Pl,    Elgin IL 60123-4916
18959514      Sko Brenner American,    40 Daniel St,    Po Box 230,   Farmingdale NY 11735-0230
18959515      Stokes & Clinton, Pc,    Po Box 991801,    Mobile AL 36691-8801
18959516      Torres Credit Services,    27 Fairview St Ste 301,    Carlisle PA 17015-3200
18959519      Usaa Credit Card Bank,    10750 Mcdermott Fwy,    San Antonio TX 78288-0570
18959520      Usaa Federal Savings Bank,    10750 Mcdermott Fwy,    San Antonio TX 78288-0570
18959523      Wfnnb/vs,    Po Box 182789,    Columbus OH 43218-2789
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19552739      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 10 2013 02:36:12
              American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
              Oklahoma City, OK   73126-8941
18959503      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 10 2013 02:36:01      Discover Financial,
              12 Reads Way,   New Castle DE 19720-1649
19523635      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 10 2013 02:36:01      Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
18959507      E-mail/Text: bankruptcydpt@mcmcg.com Apr 10 2013 02:11:57      Midland Credit Management, Inc,
              8875 Aero Dr. Ste 200,   San Diego CA 92123-2255
18959512     +E-mail/Text: bankruptcydepartment@ncogroup.com Apr 10 2013 03:07:14      Osi Collection Services,
              400 Lakeside Dr St,   Horsham PA 19044-2315
19548289      E-mail/Text: bnc-quantum@quantum3group.com Apr 10 2013 02:19:53
              Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
18959517     +E-mail/Text: bankruptcydepartment@ncogroup.com Apr 10 2013 03:07:14      Transworld Systems,
              1375 East Woodfield Rd,   #110,   Schaumburg IL 60173-5423
19535830     +E-mail/Text: bncmail@w-legal.com Apr 10 2013 03:04:04      USAA FEDERAL SAVINGS BANK,
              C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
18959518      E-mail/Text: bnc@ursi.com Apr 10 2013 02:16:11      United Recovery Systems,   Po Box 722929,
              Houston TX 77272-2929
18959521      E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2013 02:31:08      Walmart/gemb,   Po Box 530927,
              Atlanta GA 30353-0927
18959522     +E-mail/Text: BKRMailOps@weltman.com Apr 10 2013 03:03:05      Weltman, Weinberg & Reis,
              175 South 3rd St,   Suite 900,   Columbus OH 43215-5177
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18959562      Grant for Home Improvement,   Northwest Housing Project
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: froman              Page 2 of 3            Date Rcvd: Apr 09, 2013
                              Form ID: pdf006           Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 11, 2013**                    **Signature:**        /s/ Joseph Speetjens

```
District/off: 0752-1           User: froman                Page 3 of 3                  Date Rcvd: Apr 09, 2013
                               Form ID: pdf006             Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2013 at the address(es) listed below:
        David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
        il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
        David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
        il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
        Jessica S Naples    on behalf of Creditor    Ocwen Loan Servicing, LLC ND-Two@il.cslegal.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                                                                     TOTAL: 4