**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-21392-TAB |
| | § | |
| KRISTINE HOWARD | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $200,000.00 | Assets Exempt: | $17,500.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,870.82 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $629.18 | | |

3) Total gross receipts of $2,500.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $2,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $295,000.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $629.18 | $629.18 | $629.18 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $3,400.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $89,206.00 | $18,616.45 | $18,616.45 | $1,870.82 |
| **Total Disbursements** | $387,606.00 | $19,245.63 | $19,245.63 | $2,500.00 |

4). This case was originally filed under chapter 7 on 05/25/2012. The case was pending for 15 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/26/2013     By: /s/ David P. Leibowitz
                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Savings/Checking Accounts-Ingdirect | 1129-000 | $2,500.00 |
| **TOTAL GROSS RECEIPTS** | | $2,500.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Grant for Home Improvements | 4110-000 | $40,000.00 | NA | $0.00 | $0.00 |
| | Ocwen Loan Servicing, LLC | 4110-000 | $215,000.00 | NA | $0.00 | $0.00 |
| | USAA Federal Savings Bank | 4110-000 | $40,000.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $295,000.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $625.00 | $625.00 | $625.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $3.92 | $3.92 | $3.92 |
| Green Bank | 2600-000 | NA | $0.26 | $0.26 | $0.26 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $629.18 | $629.18 | $629.18 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Edfinancial Services | 5800-000 | $3,400.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $3,400.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Barrington Orthopedic | 7100-000 | $327.00 | $326.65 | $326.65 | $32.83 |
| 2 | Discover Bank | 7100-900 | $4,000.00 | $3,863.92 | $3,863.92 | $388.30 |
| 3 | USAA FEDERAL SAVINGS BANK | 7100-900 | $6,700.00 | $6,993.18 | $6,993.18 | $702.76 |
| 4 | Quantum3 Group LLC as agent for Comenity Bank | 7100-900 | $800.00 | $843.46 | $843.46 | $84.76 |
| 5 | American InfoSource LP as agent for /Capital One | 7100-900 | $6,100.00 | $6,174.45 | $6,174.45 | $620.49 |
| 6 | American InfoSource LP as agent for Equable Ascent Financial, LLC | 7100-000 | $3,000.00 | $414.79 | $414.79 | $41.68 |
|  | ACL | 7100-000 | $72.00 | NA | NA | $0.00 |
|  | Advocate Medical Group | 7100-000 | $100.00 | NA | NA | $0.00 |
|  | Allied Interstate | 7100-000 | $3,000.00 | NA | NA | $0.00 |
|  | Charter One Bank | 7100-000 | $100.00 | NA | NA | $0.00 |
|  | KCA Financial Services | 7100-000 | $430.00 | NA | NA | $0.00 |
|  | Kenneth Howard | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | National Recovery Agency | 7100-000 | $3,000.00 | NA | NA | $0.00 |
|  | Northwest Community Hospital | 7100-000 | $5,000.00 | NA | NA | $0.00 |
|  | Northwest Radiology | 7100-000 | $75.00 | NA | NA | $0.00 |
|  | Osi Collection Services | 7100-000 | $75.00 | NA | NA | $0.00 |
|  | Robet A Chapski | 7100-000 | $600.00 | NA | NA | $0.00 |
|  | Sko Brenner American | 7100-000 | $3,000.00 | NA | NA | $0.00 |
|  | Stokes & Clinton, PC | 7100-000 | $800.00 | NA | NA | $0.00 |
|  | Torres Credit Services | 7100-000 | $300.00 | NA | NA | $0.00 |
|  | Transworld Systems | 7100-000 | $327.00 | NA | NA | $0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| United Recovery Systems | 7100-000 | $7,000.00 | NA | NA | $0.00 |
| USAA Federal Savings Bank | 7100-000 | $40,000.00 | NA | NA | $0.00 |
| Walmart/gemb | 7100-000 | $400.00 | NA | NA | $0.00 |
| Weltman, Wingberg & Reis | 7100-000 | $4,000.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  | $89,206.00 | $18,616.45 | $18,616.45 | $1,870.82 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 12-21392-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HOWARD, KRISTINE | Date Filed (f) or Converted (c): | 05/25/2012 (f) |
| For the Period Ending: | 8/26/2013 | §341(a) Meeting Date: | 07/30/2012 |
| | | Claims Bar Date: | 12/31/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1 Family Residence | $215,000.00 | $200,000.00 | | $0.00 | FA |
| 2 Savings/Checking Accounts-Ingdirect | $100.00 | $5,874.78 | | $2,500.00 | FA |
| 3 Checking Account -Usaa Federal Savings Bank | $200.00 | $1,260.88 | | $0.00 | FA |
| 4 Misc. Household Goods - Debtors Residence | $600.00 | $0.00 | | $0.00 | FA |
| 5 Misc. Clothing - Debtors Residence | $200.00 | $0.00 | | $0.00 | FA |
| 6 Stocks -Etrade | $600.00 | $0.00 | | $0.00 | FA |
| 7 Car - Debtors Residence (KIA Sedona) | $800.00 | $2,920.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$217,500.00     $210,055.66     $2,500.00     $0.00

**Major Activities affecting case closing:**

| 08/28/2012 | Motion to extend time to bar discharge. |
|---|---|
| 11/27/2012 | Debtor has non exempt funds in bank account. DA proposes to split difference at $2500 with $1500 down and two more $500 payments each of the next two months - awaiting dates of when debtor can being repayment. |
| 01/29/2013 | Debtor will make full payment by March 1, 2013 |
| 02/26/2013 | Review Claims and Prepare TFR |
| 03/28/2013 | TFR sent to UST office for review and approval |

**Initial Projected Date Of Final Report (TFR):**    12/31/2013          /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):**                           DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No. | 12-21392-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HOWARD, KRISTINE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8128 | Checking Acct #: | ******9201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 5/25/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/26/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/26/2013 | (2) | KRISTINE HOWARD | Payment for non-exempt funds in bank accounts | 1129-000 | $2,500.00 | | $2,500.00 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.26 | $2,499.74 |
| 05/01/2013 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $625.00 | $1,874.74 |
| 05/01/2013 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $3.92 | $1,870.82 |
| 05/01/2013 | 3003 | American InfoSource LP as agent for Equable Ascent | Claim #: 6; Amount Claimed: 414.79; Amount Allowed: 414.79; Distribution Dividend: 10.05; | 7100-000 | | $41.68 | $1,829.14 |
| 05/01/2013 | 3004 | Barrington Orthopedic | Claim #: 1; Amount Claimed: 326.65; Amount Allowed: 326.65; Distribution Dividend: 10.05; | 7100-000 | | $32.83 | $1,796.31 |
| 05/01/2013 | 3005 | Discover Bank | Claim #: 2; Amount Claimed: 3,863.92; Amount Allowed: 3,863.92; Distribution Dividend: 10.05; | 7100-900 | | $388.30 | $1,408.01 |
| 05/01/2013 | 3006 | USAA FEDERAL SAVINGS BANK | Claim #: 3; Amount Claimed: 6,993.18; Amount Allowed: 6,993.18; Distribution Dividend: 10.05; | 7100-900 | | $702.76 | $705.25 |
| 05/01/2013 | 3007 | Quantum3 Group LLC as agent for Comenity Bank | Claim #: 4; Amount Claimed: 843.46; Amount Allowed: 843.46; Distribution Dividend: 10.05; | 7100-900 | | $84.76 | $620.49 |
| 05/01/2013 | 3008 | American InfoSource LP as agent for /Capital One | Claim #: 5; Amount Claimed: 6,174.45; Amount Allowed: 6,174.45; Distribution Dividend: 10.05; | 7100-900 | | $620.49 | $0.00 |
| | | | **TOTALS:** | | $2,500.00 | $2,500.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $2,500.00 | $2,500.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,500.00 | $2,500.00 | |

| **For the period of 5/25/2012 to 8/26/2013** | | **For the entire history of the account between 02/26/2013 to 8/26/2013** | |
|---|---|---|---|
| Total Compensable Receipts: | $2,500.00 | Total Compensable Receipts: | $2,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.00 | Total Comp/Non Comp Receipts: | $2,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,500.00 | Total Compensable Disbursements: | $2,500.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,500.00 | Total Comp/Non Comp Disbursements: | $2,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**
Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 12-21392-TAB | |
| **Case Name:** | HOWARD, KRISTINE | |
| **Primary Taxpayer ID #:** | ******8128 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 5/25/2012 | |
| **For Period Ending:** | 8/26/2013 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******9201 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $2,500.00 | $2,500.00 | $0.00 |

**For the period of 5/25/2012 to 8/26/2013**

| | |
|---|---|
| Total Compensable Receipts: | $2,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/25/2012 to 8/26/2013**

| | |
|---|---|
| Total Compensable Receipts: | $2,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ